UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRIUMPH FOODS, LLC, CHRISTENSEN FARMS MIDWEST, LLC, THE HANOR COMPANY OF WISCONSIN, LLC, NEW FASHION PORK, LLP, EICHELBERGER FARMS, INC., and ALLIED PRODUCERS' COOPERATIVE, individually and on behalf of its members,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of Massachusetts, and ASHLEY RANDLE, in her official capacity as Massachusetts Commissioner of Agriculture,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:23-cv-11671-WGY |

**MOTION TO SET BRIEFING SCHEDULE AND REQUEST FOR HEARING ON MOTION TO DISMISS AND TO CONTINUE PROCEEDINGS UNDER FED. R. CIVIL P. 65(A)(2)**

For the reasons described in the Joint Status Report filed today (ECF No. 45), Defendants hereby move for entry of a scheduling order incorporating the following elements, as set forth in the proposed order attached hereto as Exhibit A:

1. Defendants will file their Motion to Dismiss the complaint in its entirety by October 2, 2023, the current deadline by which Defendants must file a responsive pleading in this action;

2. Plaintiffs will file their Opposition to the Motion by October 16, 2023, in accordance with District of Massachusetts Local Rule 7.1(b)(2);

3. Defendants will file their Motion for Leave to file a Reply and Proposed Reply, if any, in support of their Motion to Dismiss by October 23, 2023;

4. The Court set a date for a hearing on the Motion to Dismiss at the Court's earliest convenience between the dates of October 24th and November 1st.

5. The Court set a date for a Scheduling Conference in the event the Motion to Dismiss is denied in whole or in part at the Court's earliest convenience.

In addition, Defendants request that the further hearing set for October 10, 2023, be continued. Defendants do not object to proceeding under Rule 65 of the Rules of Civil Procedure. As the Court acknowledged, however, Defendants are not required to waive their rights under the Rules, including the right to move to dismiss and the right to go through a discovery phase, in order to proceed under Rule 65.

Defendants have concluded that they cannot agree to proceed on a Case Stated basis on October 10, 2023. If, as Plaintiffs contend in the Joint Status Report, the Court has in fact set the case down for a trial commencing October 10, 2023 regardless of whether the Defendants agree to a Case Stated, the Defendants further move that the Court continue trial until the Motion to Dismiss has been fully briefed and heard- and, should the Motion be denied, that the Parties appear for a scheduling conference to enable Defendants to conduct discovery under the Rules of Civil Procedure before trial. See Fed. R. Civ. Proc. 26-37.

Advancing the trial under Rule 65 does not obviate the need for a pre-trial conference under Rule 16. Rule 16 of the Federal Rules of Civil Procedure authorizes the court to order the attorneys to appear for a pretrial conference for the purposes of "expediting disposition of the action," "discouraging wasteful pretrial activities," and "improving the quality of the trial through more thorough preparation." Fed. R. Civ. P. 16(a)(1), (3), (4); see also Local Rule

16.1(a).  Under Rule 16, the court "must issue" a scheduling order.  Local Rule 16.1(b).  The order issues only "after receiving the parties' report under Rule 26(f)" or "after consulting with the parties' attorneys . . . at a scheduling conference."  Fed. R. Civ. P. 16(b)(1). Thus, proceedings under Rule 16 and Rule 65 are intended to expedite proceedings and work in harmony.

      WHEREFORE, the Defendants respectfully request that the Court enter a scheduling order on Defendants' forthcoming motion to dismiss in the form attached as <u>Exhibit A</u>, and to continue the October 10th hearing.

Respectfully submitted,

ANDREA JOY CAMPBELL, in her official capacity as Attorney General of Massachusetts, and ASHLEY RANDLE, in her official capacity as Commissioner of the Massachusetts Department of Agricultural Resources,

By their attorneys,

/s/ *Vanessa A. Arslanian*
Grace Gohlke, BBO No. 704218
Vanessa A. Arslanian, BBO No. 688099
Assistant Attorneys General
Massachusetts Office of the Attorney General
Constitutional and Administrative Law Division
One Ashburton Place
Boston, MA  02108
617-963-2527
grace.gohlke@mass.gov
617-963-2107
vanessa.arslanian@mass.gov

Maryanne Reynolds, BBO No. 627127
Assistant Attorney General
Massachusetts Office of the Attorney General
Constitutional and Administrative Law Division
10 Mechanic Street, Suite 301
Worcester, MA  01608
774-214-4407
maryanne.reynolds@mass.gov

Dated:  September 14, 2023

## LOCAL RULE 7.1 CERTIFICATION

       I hereby certify that I spoke with counsel for the Plaintiffs on September 14, 2023, at 10:30 a.m. ET, to confer on this motion, in compliance with District of Massachusetts Local Rule 7.1(a)(2). Counsel for the Plaintiffs indicated they would oppose the Motion.

                                                  */s/ Vanessa A. Arslanian*
                                                  Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

                                                  */s/ Vanessa A. Arslanian*
                                                  Assistant Attorney General

Dated:  September 14, 2023