UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRIUMPH FOODS, LLC, CHRISTENSEN FARMS MIDWEST, LLC, THE HANOR COMPANY OF WISCONSIN, LLC, NEW FASHION PORK, LLP, EICHELBERGER FARMS, INC., and ALLIED PRODUCERS' COOPERATIVE, individually and on behalf of its members,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of Massachusetts, and ASHLEY RANDLE, in her official capacity as Massachusetts Commissioner of Agriculture,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:23-cv-11671-WGY |

**OPPOSITION TO MOTION FOR A PROTECTIVE ORDER AND
REQUEST TO ENTER DEFENDANTS' EXHIBIT A AS THE PRE-TRIAL SCHEDULE**

Defendants oppose Plaintiffs' motion for a protective order for the reasons stated in its Expedited Motion for a Discovery Status Conference, ECF No. 80, and incorporate the reasoning set forth in that motion here.

Separately, Plaintiffs misstated Defendants' position in Plaintiffs' memorandum in support of their motion for a protective order (ECF No. 82) in certain respects. That memorandum also argues issues Defendants understood to be resolved by the parties' prior conferences on October 17th and 20th and incorporates a schedule that was not fully conferenced with Defendants. Rather than engage in a point-by-point rebuttal of each inaccuracy or omission, Defendants submit the attached Exhibit A reflecting Defendants' proposed pre-trial

1

schedule together with <u>Exhibit B</u>, Defendants' redline of Plaintiffs' proposed schedule.

Defendants note that certain of these revisions have not been conferenced with Plaintiffs.

WHEREFORE, Defendants request the Court:

1. Deny Plaintiffs' Motion for a Protective Order;

2. Enter the attached <u>Exhibit A</u> as the pre-trial schedule in this matter; and

3. Order any other relief the Court deems appropriate.

>Respectfully submitted,
>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of Massachusetts, and
>
>ASHLEY RANDLE, in her official capacity as Commissioner of the Massachusetts Department of Agricultural Resources,
>
>By their attorneys,
>
>*/s/ Vanessa A. Arslanian*
>Maryanne Reynolds, BBO No. 627127
>Assistant Attorney General
>Massachusetts Office of the Attorney General
>Constitutional and Administrative Law Division
>10 Mechanic Street, Suite 301
>Worcester, MA  01608
>774-214-4407
>maryanne.reynolds@mass.gov
>
>Grace Gohlke, BBO No. 704218
>Vanessa A. Arslanian, BBO No. 688099
>Assistant Attorneys General
>Massachusetts Office of the Attorney General
>Constitutional and Administrative Law Division
>One Ashburton Place
>Boston, MA  02108
>617-963-2527
>grace.gohlke@mass.gov
>617-963-2107
>vanessa.arslanian@mass.gov

Dated:  October 23, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

*/s/ Vanessa A. Arslanian*
Assistant Attorney General

Dated:  October 23, 2023