UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRIUMPH FOODS, LLC,<br>CHRISTENSEN FARMS MIDWEST, LLC,<br>THE HANOR COMPANY,<br>OF WISCONSIN, LLC,<br>NEW FASHION PORK, LLP,<br>EICHELBERGER FARMS, INC.,<br>ALLIED PRODUCERS' COOPERATIVE,<br>individually and on behalf of their members,<br><br>        Plaintiffs,<br><br>    v.<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of Massachusetts,<br>ASHLEY RANDLE, in her official capacity as Massachusetts Commissioner of Agriculture,<br><br>        Defendants. | Civil Action No. 23-11671-WGY<br>Judge: William G. Young<br><br><br>**NOTICE OF APPEARANCE OF ADAM KEATS** |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for proposed Amicus Curaie Animal Wellness Action, Animal Wellness Foundation, and the Center for a Humane Economy. I certify that am admitted to practice in this Court.

Dated:   April 12, 2024                    Respectfully Submitted,

                                                */s/ Adam Keats*
                                               Adam Keats
                                               LAW OFFICE OF ADAM KEATS, PC
                                               2489 Mission St., Suite 16
                                               San Francisco, CA 94110
                                               415-964-0070
                                               adam@keatslaw.org