Adam Keats
(Mass. Bar No. 642686)
LAW OFFICE OF ADAM KEATS, PC
2489 Mission St., Suite 16
San Francisco CA 94110
Tel: 415-964-0070
Email: adam@keatslaw.org

*Attorney for Animal Wellness Action,
Animal Wellness Foundation, and the
Center for a Humane Economy*

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| TRIUMPH FOODS, LLC,<br>CHRISTENSEN FARMS MIDWEST, LLC,<br>THE HANOR COMPANY,<br>OF WISCONSIN, LLC,<br>NEW FASHION PORK, LLP,<br>EICHELBERGER FARMS, INC.,<br>ALLIED PRODUCERS' COOPERATIVE,<br>individually and on behalf of their members,<br><br>          Plaintiffs,<br><br>          v.<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of Massachusetts, ASHLEY RANDLE, in her official capacity as Massachusetts Commissioner of Agriculture,<br><br>          Defendants. | Civil Action<br>No. 23-11671-WGY<br><br>**[PROPOSED] ORDER FOR<br>PRO HAC VICE ADMISSION OF<br>JESSICA L. BLOME**<br><br>Judge: William G. Young |

Having reviewed the Motion to Appear Pro Hac Vice by Adam Keats on Behalf of Jessica L. Blome, and the accompanying exhibits, this Court grants the motion.

Based upon the Motion for Admission Pro Hac Vice of Jessica L. Blome and the consent to appear as associate counsel by Adam Keats, it is hereby ordered that Jessica L. Blome be admitted pro hac vice as counsel for plaintiff in the above entitled matter.

SO ORDERED.

Dated _____        Signed: _____