**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| TRIUMPH FOODS, LLC,<br>CHRISTENSEN FARMS MIDWEST, LLC,<br>THE HANOR COMPANY,<br>OF WISCONSIN, LLC,<br>NEW FASHION PORK, LLP,<br>EICHELBERGER FARMS, INC.,<br>ALLIED PRODUCERS' COOPERATIVE,<br>individually and on behalf of their members,<br><br>        Plaintiffs,<br><br>   v.<br><br>ANDREA JOY CAMPBELL, in her official<br>capacity as Attorney General of Massachusetts,<br>ASHLEY RANDLE, in her official capacity as<br>Massachusetts Commissioner of Agriculture,<br><br>        Defendants. | Civil Action No. No. 23-11671-WGY<br>Judge: William G. Young<br><br><br>**NOTICE OF APPEARANCE OF**<br>**JESSICA L. BLOME** |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for Amicus Curaie Animal Wellness Action and the Center for a Humane Economy. I certify that I am admitted to practice in this Court on motion for admission *pro hac vice.* Dkt No. 150.

Dated:   April 16, 2024          Respectfully submitted,

                               By: /s/ Jessica L. Blome
                               Jessica L. Blome
                               Cal. Bar No. 314898
                               GREENFIRE LAW, PC
                               2748 Adeline Street, Suite A
                               Berkeley, CA 94703
                               (510) 900-9502
                               jblome@greenfirelaw.com
                               (*Pro hac vice*)
                               *Attorney for Animal Wellness Action and the Center*
                               *for a Humane Economy, Amicus Curaie*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 16, 2024, I electronically filed the foregoing brief with the Clerk of Court for the United States District Court for the District of Massachusetts by using the CM/ECF system.

Dated: April 16, 2024

*<u>/s/ Jessica L. Blome</u>*
Jessica L. Blome